■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL DeGEORGE, Appellant. [606 NYS2d 1015] —Judgment unani-

mously affirmed. Memorandum: Because defendant entered a plea of guilty that included the waiver of his right to appeal, defendant is not entitled to have this Court review the severity of the sentence *(see, People v Allen,* 82 NY2d 761). Were we to reach the issue, we would conclude that the sentence imposed was not harsh or excessive. (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Manslaughter, 1st Degree.) Present—Denman, P. J., Callahan, Pine, Doerr and Boehm, JJ.